UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYLER JENKINS,** | NO. LA CV 13-02724-VBF-RZ |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| M.D. BITER (WARDEN), | |
| Respondent. | |

    Pursuant to the Court's Order issued this same date, final judgment is hereby entered in favor of respondent M.D. Biter (Warden) and against petitioner Tyler Jenkins.

DATED:    May 21, 2014

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE